UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CARLOS URBAN (1);<br>RICKY SMITH (2),<br><br>　　　　　　　　　　Defendants. | Case No.: 24-cr-1748-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On November 12, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 15, 2024 to January 31, 2025. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 46] and sets the Motion Hearing/Trial Setting on January 31, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from November 15, 2024 to January 31, 2025, as to both Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 11/13/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

24-cr-1748-JO